AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Thomas Hendricks

APPEARANCE

CASE NUMBER: 1:05M93A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Hendricks

I certify that I am admitted to practice in this court.

7-7-5
*Date*

[signature]
*Signature*

KJ Fitzgerald 5775
*Print Name* *Bar Number*

10 Weybosset St
*Address*

Prov. RI 02903
*City* *State* *Zip Code*

401-528-4281
*Phone Number* *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.