


# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. 1:05-M-93A***

RECEIVED
JUL 05 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

***To:*** ***WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **THOMAS HENDRICKS**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **7th** day of **July, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**I hereby certify and return that I did bring before the court the within named defendant on the date and time ordered.**

**Deputy U.S. Marshal**

WITNESS the Honorable **Lincoln D. Almond**
United States Magistrate Judge at Providence, RI
Dated: July 5, 2005.

David A. DiMarzio, Clerk

INITIAL APPEARANCE

*by* ______________________
***Jeannine Theall - Deputy Clerk***