IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. )
) No. 1:05-M-93A
THOMAS HENDRICKS )

MOTION TO EXTEND TIME LIMITS
UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, First Assistant U. S. Attorney, and hereby moves, pursuant to 18 U.S.C. § 3161, to extend from thirty (30) days to sixty (60) days the time within which an information or indictment against the defendant must be filed. The original thirty-day period expires August 5, 2005. An additional thirty days would expire September 4, 2005.

For grounds, the government states that it has had conversations with counsel representing the defendant concerning a disposition in this matter. These discussions have concerned a possible waiver of indictment and a guilty plea to an information. In order to reach a voluntary and knowing plea agreement, it is necessary that the government provide to counsel for the defendant a drug analysis report indicating whether the substance involved in this matter contains cocaine base and the weight of the substance. The initial analysis request on the

substance did not request an analysis for cocaine base nor did it request a weight for the substance. The substance has been re-submitted for a cocaine base analysis and weight. Once the re-analysis is received, the parties may more intelligently discuss a disposition.

WHEREFORE, the government requests that the instant motion be granted and that the period of time from August 6, 2005 through September 4, 2005 be excluded from the thirty-day period set forth in 18 U.S.C. § 3161.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
First Assistant U.S. Attorney

CERTIFICATION

I hereby certify that on the 25th day of July, 2005, I sent a true copy of the Within Motion , by ordinary mail and postage prepaid, to:

Kevin Fitzgerald, Esq.
Assistant Federal Defender
Office of the Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903