973099

RECEIVED
JUN 3 0 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

THOMAS HENDRICKS, a/k/a Tasheem Hendricks

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-93A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest THOMAS HENDRICKS, a/k/a Tasheem Hendricks
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

being a person previously convicted in a New York court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm; and

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base (crack)

in violation of Title 18 United States Code, Section(s) 922(g) and Title 21 U.S.C., Section 841(a)(1)

LINCOLN D. ALMOND
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

6/30/05 Providence, Rhode Island
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on Writ returned to ACI | | |
| DATE RECEIVED 06/30/2005<br>DATE OF ARREST 07/07/2005 | NAME AND TITLE OF ARRESTING OFFICER<br>CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |

This form was electronically produced by Elite Federal Forms, Inc.