IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. CR 05 96ML |
| | ) | In violation of 18 U.S.C. §§ 922(g) & |
| THOMAS HENDRICKS, a/k/a | ) | 924(a)(2) and 21 U.S.C. § 844 |
| Tasheem Hendricks | ) | |

INFORMATION

The United States Attorney for the District of Rhode Island charges:

COUNT I

That on or about April 4, 2005, in the District of Rhode Island, the defendant, THOMAS HENDRICKS, a/k/a Tasheem Hendricks, being a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Tanfoglio, Model GT380, .380 caliber semi-automatic pistol, having a partial serial number 00350;

In violation of 18 U.S.C. §§ 922(g) and 924(a)(2).

COUNT II

That on or about April 4, 2005, in the District of Rhode Island, the defendant, THOMAS HENDRICKS, a/k/a Tasheem Hendricks, did knowingly and intentionally

possess 3.43 grams of a mixture and substance containing a detectable amount of cocaine base (crack), a Schedule II Controlled Substance;

In violation of 21 U.S.C. § 844.

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
Kenneth P. Madden
First Assistant U. S. Attorney

Gerard B. Sullivan
Gerard B. Sullivan
Assistant U. S. Attorney
Criminal Chief

Dated: August 31, 2005