**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-96ML** **DATE: September 9, 2005**

**TITLE: USA v. THOMAS HENDRICKS**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Peter Neronha, AUSA
Kevin Fitzgerald, Esq.
Heather McLoughlin, Pretrial Services

**PROCEEDINGS:**

Arraignment on Criminal Information:

Deft informed of charges and rights.
Deft understands charges and rights.
Waiver of Indictment.
Court informs deft of rights.
Deft understands rights and waiver.
Court accepts waiver and signs it.
Not guilty plea entered.
Govt recommends detention.
No argument.
Deft remanded to custody.