AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

US
v.
Thomas Hendricks

## APPEARANCE

Case Number: CR 05-96 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mr. Hendricks

I certify that I am admitted to practice in this court.

9-9-5
Date

[signature]
Signature

KEVIN J. FITZGERALD
Print Name Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number