AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

THOMAS HENDRICKS,
a/k/a Tasheem Hendricks

WAIVER OF INDICTMENT

CASE NUMBER: CR 05 96 ML

I, Thomas Hendricks, a/k/a Tasheem Hendricks, the above named defendant, who is accused of

I. being a felon in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g) & 924(a)(2); and

II. possession of a mixture and substance containing a detectable amount of cocaine base (crack), in violation of Title 21, United States Code, Section 844,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9-9-5 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Thomas Hendricks
Defendant

Counsel for Defendant

Before
Judicial Officer USMJ

This form was electronically produced by Elite Federal Forms, Inc.