UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER:** CR 05-096ML **DATE:** September 22, 2005

**TITLE OF CASE:** USA v. Thomas Hendricks, a/k/a Tasheem Hendricks

**JUDGE:** Mary M. Lisi

**COURTROOM CLERK:** John Duhamel
**COURT REPORTER:** Karen Zinni
**COURT INTERPRETER:**
**PROBATION:**

---

**COUNSEL PRESENT**

Govt: AUSA Kenneth P. Madden
For Defendant: Kevin J. Fitzgerald

---

**PROCEEDINGS:** Change of Plea Hearing

Deft is sworn & questioned by the Court. Court reviews the terms & conditions of th Plea Agreement. Deft is advised of his rights. Govt summarizes evidence had this case gone to trial. Deft pleads "guilty" to Counts I and II of the Information. Court accepts the guilty plea. Sentencing is set for Fri., 12/9/2005, at 10:30 a.m. Deft is remanded.