# UNITED STATES DISTRICT COURT
## *for the*
## *District of Rhode Island*

***Case No. CR 05-096ML***

U.S. MARSHALS SERVICE
DISTRICT OF R.I.
SEP 13 2005
RECEIVED

*To:* ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Thomas Hendricks, a/k/a Tasheem Hendricks**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi,** District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **22nd** day of **September, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: September 13, 2005.

David A. DiMarzio, Clerk

Change of Plea Hearing

*By* ___________
***Barbara Barletta - Deputy Clerk***