UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NOV 1 7 2005
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR 05-96ML
)
THOMAS HENDRICKS )

## MOTION FOR ENLARGEMENT OF TIME

Now comes the defendant Thomas Hendricks and moves this Honorable Court to Order the enlargement of time for the filing of objections to the pre-sentence report. As grounds the counsel states that he has been involved in preparing briefs for two cases presently pending in the United States Court of Appeals for the First Circuit and has been unable to complete the objections in this case during the initial ten day period ending November 16. For this reason the defendant is seeking an enlargement of time from November 16, 2005 to November 23, 2005.

Granted. Mary M. Lisi USDJ 11/21/05

Respectfully Submitted,
Thomas Hendricks
by his attorney

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, R.I. 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused of copy of this Motion to be delivered to Kenneth P. Madden, AUSA and Charleen L. Tryhubczak, USPO on this the 17th day of November, 2005.