United States District Court District of Rhode Island

# UNITED STATES DISTRICT COURT
*for the*
*District of Rhode Island*

***Case No. CR 05-096ML***

RECEIVED
.. 22 2005
MARSHALS SERVICE
DISTRICT OF R.I.

***To: Warden***
***ACI***
***Cranston, RI***

at Wyatt

YOU ARE HEREBY COMMANDED, to have the **body** of **Thomas Hendricks, a/k/a Tasheem Hendricks**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:30 o'clock a.m.**, on the **9th** day of **December, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: September 22, 2005.

David A. DiMarzio, Clerk

Sentencing Hearing

*By* ____________________
***John Duhamel - Deputy Clerk***